# In The United States Court of Federal Claims

No. 99-552V

(Filed: August 30, 2011)

_____

ELIZABETH SHAPIRO,

        Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

        Respondent.

_____

**ORDER**

_____

    Oral argument on petitioner's motion for review will be held in this case on Thursday, September 22, 2011, at 10:00 a.m. (EDT), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

    **IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge